[This opinion has been published in *Ohio Official Reports* at 75 Ohio St.3d 1221.]

MORGAN ET AL., APPELLANTS, *v.* DRYWALL HAULERS, INC. ET AL., APPELLEES.

[Cite as *Morgan v. Drywall Haulers, Inc.*, 1996-Ohio-447.]

*Motion for discretionary appeal denied.*

(No. 95-2590—Submitted April 15, 1996—Decided June 19, 1996.)

APPEAL from the Court of Appeals for Hamilton County, No. C-950138.

_____

*Holbrock, Jonson, Evans & Olivas* and *Timothy R. Evans*, for appellants.

*Scheper & McGowan* and *James H. Scheper*, for appellees.

_____

{¶ 1} The cause is before the court on a motion for discretionary appeal. The motion is denied.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

MOYER, C.J., COOK and SRATTON, JJ., concur separately.

_____

**COOK, J., concurring.**

{¶ 2} Disciplinary Counsel should investigate the professional conduct of attorney Richard Hadden in this case.

MOYER, C.J., and STRATTON, J., concur in the foregoing concurring opinion.

_____